## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| | **:** | |
| **PETER REISING**, *et al*. | **:** | Case No. 0:17-CV-00431 |
| | **:** | |
| Plaintiffs, | **:** | Judge Susan J. Dlott |
| | **:** | Magistrate Judge Karen L. Litovitz |
| vs. | **:** | |
| | **:** | **ORDER GRANTING** |
| **THE TORO COMPANY**, | **:** | **DEFENDANT THE TORO** |
| | **:** | **COMPANY'S UNOPPOSED MOTION** |
| Defendant. | **:** | **TO FILE DEPOSITION** |
| | **:** | **TRANSCRIPTS UNDER SEAL** |

Before the Court is Defendant The Toro Company's Unopposed Motion to file the deposition transcripts of Charles Holley (taken on February 12, 2019) and Thomas A. Berry (taken on June 26, 2019) with the Court under seal pursuant to LR 5.2.1; and to otherwise permit the prospective filing under seal of such sensitive information in this proceeding.

The Court having reviewed this matter, and being in all ways sufficiently advised, the Motion be, and the same hereby is, **GRANTED**.

This _____ day of _____, 2019.


_____
JUDGE SUSAN J. DLOTT