IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| PETER REISING, et al. | : | Case No. 0:17-CV-00431 |
| | : | |
| Plaintiffs, | : | Judge Susan J. Dlott |
| | : | Magistrate Judge Karen L. Litovitz |
| vs. | : | |
| | : | |
| THE TORO COMPANY, | : | **ORDER GRANTING IN PART AND** |
| | : | **DENYING IN PART AS MOOT** |
| Defendant. | : | **DEFENDANT THE TORO** |
| | : | **COMPANY'S UNOPPOSED MOTION** |
| | : | **TO FILE UNDER SEAL [DOC. 54]** |

Before the Court is Defendant The Toro Company's ("Toro") Unopposed Motion to file the portions of deposition transcript of Thomas A. Berry (taken on June 26, 2019) and expert report of Dr. Lisa P. Gwin's (July 12, 2019) with the Court under seal pursuant to LR.5.2.1 [Doc. 54]; and to otherwise permit the prospective filing under seal of such sensitive information in this proceeding.

The Court having reviewed this matter, and being in all ways sufficiently advised, the Motion is **GRANTED** with respect to the expert report of Dr. Lisa Gwin [Doc. 55-9] as follows:

- The three paragraphs under sections titled "Medical" and "Radiology" on page 5 of the report (PAGE ID # 1773) are to be filed under seal; and

- The last page of Dr. Gwin's report (PAGE ID #1781), titled "Imaging Report" is to be filed under seal.)

Toro notified the Court that it is withdrawing its request to file Page 269 of Thomas A. Berry's deposition transcript under seal [Doc. 55-1]. As a result, that portion of Toro's Motion is **DENIED AS MOOT.**

Toro is ordered to file a Notice of Filing amending Docs. 55-1 and 55-9 as set forth above.

This 10th day of September, 2019.

_Susan J. Dlott_
JUDGE SUSAN J. DLOTT